question of contributory negligence, the judgment and order of the County Court of Queens County are reversed, and a new trial ordered, costs to abide the event, upon the ground that the finding of negligence was against the weight of the evidence. See Jackson v. Union Railway Company, 77 App. Div. 161, 78 N. Y. Supp. 1096, and Kappus v. Metropolitan Street R. Co., 82 App. Div. 13–18, 81 N. Y. Supp. 442. Jenks, P. J., and Thomas, Carr, and Putnam, JJ., concur. Rich, J., votes for affirmance.

PELHAM HEIGHTS COMPANY, respondent, v. Arland W. JOHNSON and Mary H. Johnson, appellants, and others, defendants. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Order reversed, and motion to vacate order appointing receiver granted, all without costs, upon the ground that we think the defendants should not be dispossessed before the trial which may so speedily be had, with leave, however, to plaintiff to apply for the appointment of a receiver if the trial should terminate in plaintiff's favor, or if the trial should be unduly delayed by the defendants Johnson, or either of them. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Cesidio PELLEGRINO, appellant, v. CLARENCE L. SMITH COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Motion denied, with $10 costs.

George PENNELL, respondent, v. QUEENS LAND & TITLE COMPANY and Fidelity & Deposit Company of Maryland, appellants. (Supreme Court, Appellate Division, Second Department. January 28, 1916.) Judgment and order affirmed, with costs. No opinion. Thomas, Carr, Stapleton, Rich, and Putnam, JJ., concur.

PENN TILE WORKS v. Charles L. APFEL. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Application denied, with $10 costs. Order signed.

The PEOPLE of the State of New York, respondents, v. Charles F. AMES, appellant. (Supreme Court, Appellate Division, Second Department. February 4, 1916.) Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

The PEOPLE, etc., Respt., v. Nicholas ARNSTEIN, impld., etc., Applt. (Supreme Court, Appellate Division, First Department. February 4, 1916.) Judgment (91 Misc. Rep. 177, 155 N. Y. Supp. 81) and orders affirmed. No opinion. See People v. Zayas, 111 N. E. 465, decided by the Court of Appeals, not yet officially reported. Order filed.

The PEOPLE of the State of New York, respondents, v. William BERTLINI, appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Motion granted.

The PEOPLE, etc., Respt., v. Hyman COLODNY. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion granted. Order filed.

The PEOPLE of the State of New York, respondents, v. George DEVINE, appellant. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Judgment of conviction of the County Court of Kings County affirmed. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

PEOPLE, etc., v. Richard C. FLOWER. In the Matter of George F. BUTTERWORTH and ano. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

The PEOPLE, etc., v. Max GARDNER. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion granted. Order filed.

The PEOPLE of the State of New York, respondents, v. Albert GREEN, appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Judgment of conviction of the County Court of Kings County affirmed. No opinion. Thomas, Mills, and Putnam, JJ., concur; Jenks, P. J., and Stapleton, J., dissent on the ground that the evidence is not sufficient to sustain a verdict and that defendant is guilty of the crime charged in the indictment.

The PEOPLE of the State of New York, respondents, v. Edward M. GROUT, appellant. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) There being a constitutional quorum of four members of this Appellate Division, the motion to certify the case to another Department is denied, and the cause put over to the term beginning February 28, 1916. Thomas, Mills, and Putnam, JJ., concur. Rich, J., dissents, and votes to grant the motion.

The PEOPLE of the State of New York, respondents, v. Edward M. GROUT, appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) The case is passed for the present term and set down for argument on Tuesday, April 18, 1916, at 10 o'clock a. m.

The PEOPLE of the State of New York, respondents, v. James HEFFRON, appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Motion granted. Rich, J., not voting.

The PEOPLE of the State of New York, respondents, v. LYE LEE, appellant. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Judgment of conviction of the County Court of Kings County reversed, and a new trial ordered, upon the ground that the tes-